UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| **In re Terrorist Attacks on September 11, 2001** | **As relates to: 03 MDL 1570 (GBD)(SN)** |
|---|---|
| Juanita Abarca | |
| Johanna C. Abreu | |
| Sakidou Affoh | |
| Anna Maria Agressott | **Civil Docket Number:** |
| Manuel S. Alcantara | |
| Nazih M. Aljibawi | |
| Warren Allen | |
| Candida Almonte | |
| Luz Angel | |
| Jaroslav Antolik | |
| Monica Arce | |
| Zoraya Asturizaga | |
| Anthony Austin | **SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY** |
| Henri R. Avila | |
| Diane Balsamo | |
| Carol Barrett | |
| Nanette Beatrice | |
| Tadeusz Bedkowski | |
| Anthony Belfiore | |
| Margaret G. Bennett | |
| Richard Benniek | |
| Stanislaw Bieluch | |
| Cynthia Blaizes | **ECF CASE** |
| Michael Bonura | |
| Craig Brockman | |
| Robert Buhrmeister | |
| Volodymyr Burdyliak | |
| Ryszard Cala | |
| Dilenia Calcano | |
| Marcia Calle | |
| Maria Cardenas | |
| Paul G. Case | |
| Maria Castañeda | |
| Lucero Castro | |
| Luz M. Castro | |
| Jan Cepak | |
| Fior Checo | |
| Paul Cheng | |
| Bernard Cherry | |
| Judy Chiang | |
| Andrzej Chojnowski | |
| Jeffrey P. Chomyszak | |

| | |
|---|---|
| Sue Chow-Chan<br>Anthony Ciarnella<br>Frederick Clark<br>Kelvin Clouden<br>Gloria Coletti<br>Michael Collins<br>Richard Conklin<br>John Conti<br>Kazimierz Czajkowski<br>Marian Czerwinski<br>Jean L. Davis<br>Gloria De La Cruz<br>Scott DeBernardo<br>Jaroslaw Debowski<br>Laura Devoe<br>Robert Devoy<br>Jose R. Diaz<br>Joan Dilieto<br>Zbigniew Dobronski<br>Denise Doughetry<br>Joseph DuCong'e<br>Anatol Dudzicz<br>Rosa Duque<br>Ivelisse Duran<br>Ireneusz Dymczyk<br>Sergyo Dzibalo<br>Toney Earl<br>Paul Scott Echart<br>Edy Encalada<br>Gary Ennis<br>Wandalesca Espinal<br>Cecilia Espinel<br>Hernando Espinosa<br>Maria Espinosa<br>Louis Esposito<br>Patricia Evans<br>Joseph Faure<br>Therese Ferrara<br>Lolita Ferrin<br>Piotr Fiedziukiewicz<br>Marilyn Figueroa<br>Radoslaw Filinski<br>Christopher Fitzpatrick<br>Benjamin Joseph Flanders<br>Eric Fleming<br>Manuel Foranoce | |

| | |
|---|---|
| Michael Fortino<br>Herman Franco<br>Charles Freeman<br>Bridget Gales<br>James Gallo<br>Sandra Garcia<br>Juan Garcia<br>Robert T. Gernon<br>Lucelly Gil<br>Shane Gildernew<br>Maria Gjurashaj<br>Marek Glowaty<br>Barry Gold<br>David Goldstein<br>Eunice Gomez<br>Mary Ellen Gordon<br>Malgorzata Grabowska<br>William Grace<br>Italo Guggino<br>Victor Guzman<br>Joanne Hadjiyanis<br>Arnold Hammerschlag<br>Scott Harm<br>Steve Harrington<br>Lyndon Harris<br>Ethel Ann Harvey<br>Richard Haughton<br>Beverly Hendricks<br>Balbino Hernandez-Garcia<br>Edwinna Herrera<br>Maria N. Herrera<br>Tim Hertel<br>Christopher Hibbert<br>Gregg Hofmeister<br>Ecuador Intriago<br>Richard Jacobsen<br>Wieslaw Janicki<br>Cynthia Johnson<br>Drake Jones<br>Lubomir Jurcak<br>Zbigniew Kacperski<br>Jan Kaczmarzyk<br>Krzysztof Kaczynski<br>Barbara Kamman<br>William Kavanagh Jr.<br>Saeed Kalimi Khodadadian | |

Marcin Kiernozek
Marek Klemendorf
Maciej Klemendorf
Karen Knight
Wlodzimierz Kociszewski
George Kovacs
Krzysztof Kowalewski
Elzbieta Krawczyk
Leszek Krupinski
Pawel Krzeminski
Kandice Kullman
Janusz Kurkowski
Wanda Laird
Shu Ming Lau
Stanislav Lazrovsky
Ireneusz Leskiewicz
Luigi Lidonniei
Maria Londono
Nubia Losada
Jannetth Lubo
Lawrence Luca
Longin Lukasiak
Boguslaw Lupinski
Kelly M Lyons
Manuel Maldonado
Bernard Malinowski
Henryk Marchlewski
Janusz Marcula
Alphonso Marshall
Bessy Maysonet
Rufus McDay
Patricia McMahon
Myrna Medina
Hector Melendez
Maritza Mendez
Wieslaw Milowicki
Cyril Minette
Andrzej Mizak
Marian Mnich
Oliver Montour
Felicita Morales
Jose Munoz
Richard Murray
Juan Narvaez
Mentor Nela
Linda Obuchowski

Consuelo DeJesus Ortega
Jose A. Ortiz
Myrna Ortiz
John Pajor
Klever Paladines
Christopher Paoletti
Ines Pelaez
Santos Perez
Ferdinand Perrault
Joseph Podolsky
Jesus Portilla
Philip Portuese
Lewis Provenzano
Bogdan Radziwonski
Yvonne Ramirez
Leslie Ramos
Richard Reidel
Epifania Reyes
Francisco Rios
Sterling V. Robinson
Edgar Rodriguez
Micheal Rodriguez
Luis Antonion Roman
Paul D. Rosen
Soledad Ruiz
Jaqueline L. Russell
Thomas F. Ryan
Lutchmin Sahadeo
Jocelyne R. San Millan
Oscar Sandoval
Luis Santiago
Peter Santo
Anthony Sclafani
James Scotti
Ekaterini Shaw
Joseph Siciliano
Tomasz Siemiatkowski
Jerzy Slesicki
Kenneth Snopkowski
Andrzej Sobol
Marek Socha
Susan Sodano
Maria Solarte
Altagracia Soldevilla
Steven Spavone
Annette Stubbins

Consuelo DeJesus Ortega
Jose A. Ortiz
Myrna Ortiz
John Pajor
Klever Paladines
Christopher Paoletti
Ines Pelaez
Santos Perez
Ferdinand Perrault
Joseph Podolsky
Jesus Portilla
Philip Portuese
Lewis Provenzano
Bogdan Radziwonski
Yvonne Ramirez
Leslie Ramos
Richard Reidel
Epifania Reyes
Francisco Rios
Sterling V. Robinson
Edgar Rodriguez
Micheal Rodriguez
Luis Antonion Roman
Paul D. Rosen
Soledad Ruiz
Jaqueline L. Russell
Thomas F. Ryan
Lutchmin Sahadeo
Jocelyne R. San Millan
Oscar Sandoval
Luis Santiago
Peter Santo
Anthony Sclafani
James Scotti
Ekaterini Shaw
Joseph Siciliano
Tomasz Siemiatkowski
Jerzy Slesicki
Kenneth Snopkowski
Andrzej Sobol
Marek Socha
Susan Sodano
Maria Solarte
Altagracia Soldevilla
Steven Spavone
Annette Stubbins

| | |
|---|---|
| Juan Suarez<br>Ruby Suarez<br>Andrzej Szplitgejber<br>Henryk Szymik<br>Krzysztof Tkaczyk<br>Richard Tom<br>Carlos Toral<br>Clemente Urena<br>Rosa Valentine<br>Yolanda Vasquez<br>Dora Elena Velasquez<br>Elvia Velazquez<br>Rafael Vias<br>Mihail E. Voicu<br>Andrzej Wajda<br>Lawrence White<br>Malgorzata Wilczkiewicz<br>Kazimierz Winiak<br>Jan Wojdyla<br>Anthony Womble<br>David Workman<br>Maria Yepes<br>Miguel Zanabria<br>Steven Zaretsky<br>Andrzej Zietek<br>Marina Zuniga<br>       **PLAINTIFFS,**<br><br>V.<br><br>**KINGDOM OF SAUDI ARABIA;**<br>**SAUDI HIGH COMMISSION FOR**<br>**RELIEF OF BOSNIA &**<br>**HERZEGOVINA**<br><br>       **DEFENDANTS** | |

## SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against

Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s)

6

by reference the specific allegations, as indicated below, of Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC") and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York (hereinafter "the CAC"). Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3 5 4 3 .

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction, is as asserted in the CAC, and further, jurisdiction of the within *Short Form Complaint* is premised upon and applicable to all defendants in this action:

   ☒ 28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

   ☒ 28 U.S.C. § 1605B (Justice against Sponsors of Terrorism Act)
   ☐ Other: (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):_____

   _____
   _____.

## CAUSES OF ACTION

3. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the CAC as if set forth fully

herein.

4. Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the CAC:

- [x] Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(d) (JASTA)

- [x] Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(a)

- [x] Committing Acts of International Terrorism in Violation of 18 U.S.C. § 2333

- [x] Wrongful Death, as applicable to a claim for such

- [x] Survival

- [x] Alien Tort Claims Act

- [x] Assault and Battery

- [x] Conspiracy

- [x] Aiding and Abetting

- [x] Intentional Infliction of Emotional Distress

- [x] Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents

- [x] Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents

- [x] 18 U.S.C. § 1962(a)-(d) – CIVIL RICO

- [x] Trespass

- [x] Punitive Damages

8

☐ Plaintiff assert(s) the following additional theories and/or Causes of Action against the Defendants: _____

## IDENTIFICATION OF PLAINTIFFS

5. The following allegations and information contained herein, is alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form Complaint*, and/or as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative, and as to the survivors of the Estate, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of said Plaintiff is indicated at Appendix 1 to this Short Form Complaint.

   b. Said Plaintiff is entitled to recover damages on the causes of action set forth in this Complaint.

   c. As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased.

   d. For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

    e. As a direct, proximate and foreseeable result of Defendants' actions or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and as otherwise described in the CAC, and/or as otherwise may be specified in subsequent pleadings and/or discovery proceedings, and/or as otherwise alleged herein: _____ .

    f. The name, relationship to the injured 9/11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

## **IDENTIFICATION OF THE DEFENDANTS**

6. The following entities are Defendants herein:

    ☒ Kingdom of Saudi Arabia

    ☒ Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC. By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or opt out of any certified class. This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the CAC as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: February, 1, 2018              Respectfully Submitted on behalf of the Plaintiffs:

_____s/_____
By: Gregory J. Cannata, Esq.
The Fuchsberg-Cannata Law Firms
GREGORY J. CANNATA & ASSOCIATES, LLP
60 East 42nd Street, Suite 932
New York, NY 10165
Tel: 212-552-9205
Fax: 212-227-4141
Gregory J. Cannata, esq.: cannata@cannatalaw.com
Robert A. Grochow, esq.: rgrochow@aol.com

and

_____s/_____
By: Alan J. Fuchsberg, Esq.
The Fuchsberg-Cannata Law Firms
JACOB FUCHSBERG LAW FIRM
500 Fifth Avenue, 45th Floor
New York, NY 10110
Tel: 212-869-3500
Fax: 212-398-1532
Alan Fuchsberg, esq: a.fuchsberg@fuchsberg.com
Bradley Zimmerman: b.zimmerman@fuchsberg.com

Counsel for Plaintiff(s)

Defendants:
**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & & Frederick, P.L.L.C
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel#: 202-326-7900

**SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA**
c/o Roy T. Englert, Jr., Esq.
Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
Attorneys for Saudi High Commission for Relief of Bosnia & Herzegovina
1801 K Street N.W. Suite 411L
Washington, DC  20006
Tel#: 202-775-4503

See Appendix 1 Annexed

**APPENDIX 1 TO THE SHORT FORM COMPLAINT DATED FEBRUARY 1, 2018**

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.)

*PI = Personal Injury; WD = Wrongful Death; SO = Solatium;

| | Plaintiff(s) name in alphabetical order by last name of injured person | | Relationship to Injured 9/11 Victim | State of Residency at Filing | Citizenship/Nationality on 9/11/2001 | General Nature of Claim Asserted* |
|---|---|---|---|---|---|---|
| 1 | Abarca | Juanita | Self | New Jersey | United States | PI |
| 2 | Abreu | Johanna C. | Self | New York | United States | PI |
| 3 | Affoh | Sakidou | Self | New Jersey | United States | PI |
| 4 | Agressott | Anna Maria | Self | California | United States | PI |
| 5 | Alcantara | Manuel S. | Self | New York | United States | PI |
| 6 | Aljibawi | Nazih M. | Self | New Jersey | United States | PI |
| 7 | Allen | Warren | Self | New York | United States | PI |
| 8 | Almonte | Candida | Self | New York | United States | PI |
| 9 | Angel | Luz | Self | New York | Colombia | PI |
| 10 | Antolik | Jaroslav | Self | Colorado | Slovakia | PI |
| 11 | Arce | Monica | Self | New York | Mexico | PI |
| 12 | Asturizaga | Zoraya | Self | New York | Bolivia | PI |
| 13 | Austin | Anthony | Self | New York | United States | PI |
| 14 | Avila | Henri R. | Self | New York | United States | PI |
| 15 | Balsamo | Diane | Self | New York | United States | PI |
| 16 | Barrett | Carol | Self | New York | United States | PI |
| 17 | Beatrice | Nanette | Self | New Jersey | United States | PI |
| 18 | Bedkowski | Tadeusz | Self | Poland | Poland | PI |
| 19 | Belfiore | Anthony | Self | New York | United States | PI |
| 20 | Bennett | Margaret G. | Self | New York | United States | PI |
| 21 | Benniek | Richard | Self | New York | United States | PI |
| 22 | Bieluch | Stanislaw | Self | Poland | Poland | PI |
| 23 | Blaizes | Cynthia | Self | New York | United States | PI |
| 24 | Bonura | Michael | Self | Florida | United States | PI |
| 25 | Brockman | Craig | Self | Florida | United States | PI |
| 26 | Buhrmeister | Robert | Self | New York | United States | PI |
| 27 | Burdyliak | Volodymyr | Self | New York | United States | PI |
| 28 | Cala | Ryszard | Self | New York | Poland | PI |
| 29 | Calcano | Dilenia | Self | New York | United States | PI |

| 30 | Calle | Marcia | Self | New York | Ecuador | PI |
|---|---|---|---|---|---|---|
| 31 | Cardenas | Maria | Self | New York | Colombia | PI |
| 32 | Case | Paul G. | Self | South Carolina | United States | PI |
| 33 | Castañeda | Maria | Self | New York | United States | PI |
| 34 | Castro | Lucero | Self | New York | Colombia | PI |
| 35 | Castro | Luz M. | Self | New York | United States and Colombia | PI |
| 36 | Cepak | Jan | Self | New York | Poland | PI |
| 37 | Checo | Fior | Self | New York | United States | PI |
| 38 | Cheng | Paul | Self | New York | United States | PI |
| 39 | Cherry | Bernard | Self | Virginia | United States | PI |
| 40 | Chiang | Judy | Self | New York | United States | PI |
| 41 | Chojnowski | Andrzej | Self | New York | Poland | PI |
| 42 | Chomyszak | Jeffrey P. | Self | New York | United States | PI |
| 43 | Chow-Chan | Sue | Self | New York | United States | PI |
| 44 | Ciarnella | Anthony | Self | New Jersey | United States | PI |
| 45 | Clark | Frederick | Self | North Carolina | United States | PI |
| 46 | Clouden | Kelvin | Self | North Carolina | United States | PI |
| 47 | Coletti | Gloria | Self | New York | United States | PI |
| 48 | Collins | Michael | Self | New York | United States | PI |
| 49 | Conklin | Richard | Self | New York | United States | PI |
| 50 | Conti | John | Self | New York | United States | PI |
| 51 | Czajkowski | Kazimierz | Self | New Jersey | Poland | PI |
| 52 | Czerwinski | Marian | Self | Poland | United States | PI |
| 53 | Davis | Jean L. | Self | New York | United States | PI |
| 54 | De La Cruz | Gloria | Self | New York | Dominican Republic | PI |
| 55 | DeBernardo | Scott | Self | New York | United States | PI |
| 56 | Debowski | Jaroslaw | Self | New York | Poland | PI |
| 57 | Devoe | Laura | Self | Delaware | United States | PI |
| 58 | Devoy | Robert | Self | New York | United States | PI |
| 59 | Diaz | Jose R. | Self | New York | United States | PI |
| 60 | Dilieto | Joan | Self | New York | United States | PI |
| 61 | Dobronski | Zbigniew | Self | New York | Poland | PI |
| 62 | Doughetry | Denise | Self | Ireland | United States | PI |
| 63 | DuCong'e | Joseph | Self | New York | United States | PI |
| 64 | Dudzicz | Anatol | Self | New York | United States | PI |

| 65 | Duque | Rosa | Self | New York | Guatemala | PI |
|---|---|---|---|---|---|---|
| 66 | Duran | Ivelisse | Self | New Jersey | United States | PI |
| 67 | Dymczyk | Ireneusz | Self | Pennsylvania | Poland | PI |
| 68 | Dzibalo | Sergyo | Self | New York | Ukraine | PI |
| 69 | Earl | Toney | Self | New York | United States | PI |
| 70 | Echart | Paul Scott | Self | Texas | United States | PI |
| 71 | Encalada | Edy | Self | New York | Ecuador | PI |
| 72 | Ennis | Gary | Self | New York | United States | PI |
| 73 | Espinal | Wandalesca | Self | New York | United States | PI |
| 74 | Espinel | Cecilia | Self | New York | United States | PI |
| 75 | Espinosa | Hernando | Self | New York | United States | PI |
| 76 | Espinosa | Maria | Self | New York | United States | PI |
| 77 | Esposito | Louis | Self | New York | United States | PI |
| 78 | Evans | Patricia | Self | New York | United States | PI |
| 79 | Faure | Joseph | Self | New York | United States | PI |
| 80 | Ferrara | Therese | Self | New York | United States | PI |
| 81 | Ferrin | Lolita | Self | New York | United States | PI |
| 82 | Fiedziukiewicz | Piotr | Self | New York | Poland | PI |
| 83 | Figueroa | Marilyn | Self | South Carolina | United States | PI |
| 84 | Filinski | Radoslaw | Self | New York | Poland | PI |
| 85 | Fitzpatrick | Christopher | Self | New York | United States | PI |
| 86 | Flanders | Benjamin Joseph | Self | Florida | United States | PI |
| 87 | Fleming | Eric | Self | New York | United States | PI |
| 88 | Foranoce | Manuel | Self | New York | United States | PI |
| 89 | Fortino | Michael | Self | New York | United States | PI |
| 90 | Franco | Herman | Self | New York | Colombia | PI |
| 91 | Freeman | Charles | Self | New York | United States | PI |
| 92 | Gales | Bridget | Self | Pennsylvania | United States | PI |
| 93 | Gallo | James | Self | Nevada | United States | PI |
| 94 | Garcia | Sandra | Self | Colombia | Colombia | PI |
| 95 | Garcia | Juan | Self | New York | United States | PI |
| 96 | Gernon | Robert T. | Self | New York | United States | PI |
| 97 | Gil | Lucelly | Self | New York | Colombia | PI |
| 98 | Gildernew | Shane | Self | New York | United States | PI |
| 99 | Gjurashaj | Maria | Self | New York | United States | PI |
| 100 | Glowaty | Marek | Self | New York | Poland | PI |
| 101 | Gold | Barry | Self | New York | United States | PI |
| 102 | Goldstein | David | Self | Florida | United States | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 103 | Gomez | Eunice | Self | New York | Dominican Republic | PI |
| 104 | Gordon | Mary Ellen | Self | New York | United States | PI |
| 105 | Grabowska | Malgorzata | Self | New York | Poland | PI |
| 106 | Grace | William | Self | New York | United States | PI |
| 107 | Guggino | Italo | Self | New York | United States | PI |
| 108 | Guzman | Victor | Self | New York | United States | PI |
| 109 | Hadjiyanis | Joanne | Self | New York | United States | PI |
| 110 | Hammerschlag | Arnold | Self | New York | United States | PI |
| 111 | Harm | Scott | Self | Tennessee | United States | PI |
| 112 | Harrington | Steve | Self | New York | United States | PI |
| 113 | Harris | Lyndon | Self | North Carolina | United States | PI |
| 114 | Harvey | Ethel Ann | Self | New York | United States | PI |
| 115 | Haughton | Richard | Self | New York | United States | PI |
| 116 | Hendricks | Beverly | Self | New York | United States | PI |
| 117 | Hernandez-Garcia | Balbino | Self | Mexico | Mexico | PI |
| 118 | Herrera | Edwinna | Self | New York | United States | PI |
| 119 | Herrera | Maria N. | Self | New York | Colombia | PI |
| 120 | Hertel | Tim | Self | New York | United States | PI |
| 121 | Hibbert | Christopher | Self | New York | United States | PI |
| 122 | Hofmeister | Gregg | Self | Texas | United States | PI |
| 123 | Intriago | Ecuador | Self | New York | Ecuador | PI |
| 124 | Jacobsen | Richard | Self | Florida | United States | PI |
| 125 | Janicki | Wieslaw | Self | New York | Poland | PI |
| 126 | Johnson | Cynthia | Self | New York | United States | PI |
| 127 | Jones | Drake | Self | New York | United States | PI |
| 128 | Jurcak | Lubomir | Self | Florida | Slovakia | PI |
| 129 | Kacperski | Zbigniew | Self | New Jersey | Poland | PI |
| 130 | Kaczmarzyk | Jan | Self | Pennsylvania | Poland | PI |
| 131 | Kaczynski | Krzysztof | Self | Poland | Poland | PI |
| 132 | Kamman | Barbara | Self | New York | United States | PI |
| 133 | Kavanagh Jr. | William | Self | New York | United States | PI |
| 134 | Khodadadian | Saeed Kalimi | Self | New York | United States | PI |
| 135 | Kiernozek | Marcin | Self | New York | Poland | PI |
| 136 | Klemendorf | Marek | Self | New York | United States | PI |
| 137 | Klemendorf | Maciej | Self | New York | Poland | PI |
| 138 | Knight | Karen | Self | New York | United States | PI |
| 139 | Kociszewski | Wlodzimierz | Self | New York | Poland | PI |
| 140 | Kovacs | George | Self | New Jersey | United States | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 141 | Kowalewski | Krzysztof | Self | New York | Poland | PI |
| 142 | Krawczyk | Elzbieta | Self | New York | Poland | PI |
| 143 | Krupinski | Leszek | Self | New York | Poland | PI |
| 144 | Krzeminski | Pawel | Self | New York | Poland | PI |
| 145 | Kullman | Kandice | Self | New York | United States | PI |
| 146 | Kurkowski | Janusz | Self | New York | United States | PI |
| 147 | Laird | Wanda | Self | New York | United States | PI |
| 148 | Lau | Shu Ming | Self | New York | China | PI |
| 149 | Lazarovsky | Stanislav | Self | New York | Slavokia | PI |
| 150 | Leskiewicz | Ireneusz | Self | New York | United States | PI |
| 151 | Lidonniei | Luigi | Self | New York | Italy | PI |
| 152 | Londono | Maria | Self | New York | Colombia | PI |
| 153 | Losada | Nubia | Self | New York | Colombia | PI |
| 154 | Lubo | Jannetth | Self | New York | Venezuela | PI |
| 155 | Luca | Lawrence | Self | New York | United States | PI |
| 156 | Lukasiak | Longin | Self | New York | United States | PI |
| 157 | Lupinski | Boguslaw | Self | New York | Poland | PI |
| 158 | Lyons | Kelly M | Self | New York | United States | PI |
| 159 | Maldonado | Manuel | Self | New York | United States | PI |
| 160 | Malinowski | Bernard | Self | Florida | Poland | PI |
| 161 | Marchlewski | Henryk | Self | New York | Poland | PI |
| 162 | Marcula | Janusz | Self | New York | Poland | PI |
| 163 | Marshall | Alphonso | Self | New York | United States | PI |
| 164 | Maysonet | Bessy | Self | New Jersey | Honduras | PI |
| 165 | McDay | Rufus | Self | New Jersey | United States | PI |
| 166 | McMahon | Patricia | Self | New Jersey | United States | PI |
| 167 | Medina | Myrna | Self | New York | United States | PI |
| 168 | Melendez | Hector | Self | New York | United States | PI |
| 169 | Mendez | Maritza | Self | Pennsylvania | United States | PI |
| 170 | Milowicki | Wieslaw | Self | Poland | Poland | PI |
| 171 | Minette | Cyril | Self | New York | United States | PI |
| 172 | Mizak | Andrzej | Self | New York | Poland | PI |
| 173 | Mnich | Marian | Self | New York | United States and Poland | PI |
| 174 | Montour | Oliver | Self | Canada | United States and Canada | PI |
| 175 | Morales | Felicita | Self | New York | United States | PI |
| 176 | Munoz | Jose | Self | New York | Colombia | PI |
| 177 | Murray | Richard | Self | Georgia | United States | PI |
| 178 | Narvaez | Juan | Self | Florida | United States | PI |

| | | | | | | |
|---|---|---|---|---|---|---|
| 179 | Nela | Mentor | Self | New York | Kosovo | PI |
| 180 | Obuchowski | Linda | Self | New York | United States | PI |
| 181 | Ortega | Consuelo DeJesus | Self | New York | Colombia | PI |
| 182 | Ortiz | Jose A. | Self | New York | United States | PI |
| 183 | Ortiz | Myrna | Self | New York | United States | PI |
| 184 | Pajor | John | Self | New York | United States | PI |
| 185 | Paladines | Klever | Self | New York | Ecuador | PI |
| 186 | Paoletti | Christopher | Self | Connecticut | United States | PI |
| 187 | Pelaez | Ines | Self | New York | Colombia | PI |
| 188 | Perez | Santos | Self | New York | United States | PI |
| 189 | Perrault | Ferdinand | Self | New York | United States | PI |
| 190 | Podolsky | Joseph | Self | New York | United States | PI |
| 191 | Portilla | Jesus | Self | New York | United States | PI |
| 192 | Portuese | Philip | Self | New Jersey | United States | PI |
| 193 | Provenzano | Lewis | Self | New York | United States | PI |
| 194 | Radziwonski | Bogdan | Self | New York | Poland | PI |
| 195 | Ramirez | Yvonne | Self | New Jersey | United States | PI |
| 196 | Ramos | Leslie | Self | New York | United States | PI |
| 197 | Reidel | Richard | Self | New York | United States | PI |
| 198 | Reyes | Epifania | Self | New York | Dominican Republic | PI |
| 199 | Rios | Francisco | Self | New York | United States | PI |
| 200 | Robinson | Sterling V. | Self | New York | United States | PI |
| 201 | Rodriguez | Edgar | Self | New York | United States | PI |
| 202 | Rodriguez | Micheal | Self | New York | United States | PI |
| 203 | Roman | Luis Antonion | Self | New York | United States | PI |
| 204 | Rosen | Paul D. | Self | New York | United States | PI |
| 205 | Ruiz | Soledad | Self | New Jersey | Mexico | PI |
| 206 | Russell | Jacqueline L. | Self | Connecticut | United States | PI |
| 207 | Ryan | Thomas F. | Self | New York | United States | PI |
| 208 | Sahadeo | Lutchmin | Self | New York | United States | PI |
| 209 | San Millan | Jocelyne R. | Self | Florida | United States | PI |
| 210 | Sandoval | Oscar | Self | New York | United States | PI |
| 211 | Santiago | Luis | Self | New York | United States | PI |
| 212 | Santo | Peter | Self | New York | United States | PI |
| 213 | Sclafani | Anthony | Self | New York | United States | PI |
| 214 | Scotti | James | Self | New York | United States | PI |
| 215 | Shaw | Ekaterini | Self | New York | United States | PI |
| 216 | Siciliano | Joseph | Self | New York | United States | PI |
| 217 | Siemiatkowski | Tomasz | Self | Pennsylvania | Poland | PI |

| 218 | Slesicki | Jerzy | Self | New York | Poland | PI |
| --- | --- | --- | --- | --- | --- | --- |
| 219 | Snopkowski | Kenneth | Self | New York | United States | PI |
| 220 | Sobol | Andrzej | Self | New York | Poland | PI |
| 221 | Socha | Marek | Self | New York | Poland | PI |
| 222 | Sodano | Susan | Self | New York | United States | PI |
| 223 | Solarte | Maria | Self | New York | Colombia | PI |
| 224 | Soldevilla | Altagarcia | Self | New York | United States | PI |
| 225 | Spavone | Steven | Self | New York | United States | PI |
| 226 | Stubbins | Annette | Self | New York | United States | PI |
| 227 | Suarez | Juan | Self | New York | United States | PI |
| 228 | Suarez | Ruby | Self | New York | United States | PI |
| 229 | Szplitgejber | Andrzej | Self | New York | United States | PI |
| 230 | Szymik | Henryk | Self | New York | Poland | PI |
| 231 | Tkaczyk | Krzysztof | Self | New York | Poland | PI |
| 232 | Tom | Richard | Self | New York | United States | PI |
| 233 | Toral | Carlos | Self | New York | United States | PI |
| 234 | Urena | Clemente | Self | New York | United States | PI |
| 235 | Valentine | Rosa | Self | New York | United States | PI |
| 236 | Vasquez | Yolanda | Self | Florida | United States | PI |
| 237 | Velasquez | Dora Elena | Self | New York | United States | PI |
| 238 | Velazquez | Elvia | Self | New York | Colombia | PI |
| 239 | Vias | Rafael | Self | New York | United States | PI |
| 240 | Voicu | Mihail E. | Self | New Jersey | United States | PI |
| 241 | Wajda | Andrzej | Self | Poland | Poland | PI |
| 242 | White | Lawrence | Self | New York | United States | PI |
| 243 | Wilczkiewicz | Malgorzata | Self | New York | United States | PI |
| 244 | Winiak | Kazimierz | Self | New York | Poland | PI |
| 245 | Wojdyla | Jan | Self | New York | Poland | PI |
| 246 | Womble | Anthony | Self | New York | United States | PI |
| 247 | Workman | David | Self | New Jersey | United States | PI |
| 248 | Yepes | Maria | Self | New Jersey | Colombia | PI |
| 249 | Zanabria | Miguel | Self | New York | United States | PI |
| 250 | Zaretsky | Steven | Self | New Jersey | United States | PI |
| 251 | Zietek | Andrzej | Self | New York | Poland | PI |
| 252 | Zuniga | Marina | Self | New York | Honduras | PI |